AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin  ▼

|  |  |
|---|---|
| LEE DRONE | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   3:26-cv-00511-jdp |
| PETER D. BEAR. ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Dane County Title Company, LLC.                                                                  .

Date:     06/26/2026

/s/ Scott B. Mueller
*Attorney's signature*

Scott B. Mueller (#58546)
*Printed name and bar number*
8000 Maryland Avenue, Suite 640
St. Louis, MO 63105

*Address*

smueller@goldbergsegalla.com
*E-mail address*

(314) 678-9573
*Telephone number*

(314) 446-3360
*FAX number*