**In the UNITES STATES DISTRICT COURT**
**for the WESTERN DISTRICT OF WISCONSIN**

---

| | | |
|---|---|---|
| LEE DRONE, | * | |
| Plaintiff, | * | |
| -vs- | * | Case No. 26 CV 511 |
| PETER D. BEAR, IAN E. GOODMAN, DANE COUNTY TITLE COMPANY, RYAN D. NILSESTUEN (individual capacity), JUDGE RYAN D. NILSESTUEN (official capacity), and ALLEN S. PORTER, | * * * | |
| Defendants. | * | |

---

**DEFENDANTS PETER BEAR, IAN GOODMAN AND ALLEN STEVEN PORTER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

---

Defendants Peter Bear, Ian Goodman and Allen S. Porter, by their attorney, A. Steven Porter (who is also defendant Allen S. Porter) here move the Court, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, for an Order dismissing plaintiff Lee Drone's Complaint for failure to state a claim upon which relief can be granted.

The grounds for this Motion are set forth in the Brief filed contemporaneously herewith, and the pleadings on file with the Court.

Dated this 27th day of August, 2026.

/s/ A. Steven Porter
A. Steven Porter
State Bar No. 1000195
Attorney for Defendants

Peter Bear, Ian Goodman and himself,
Allen Steven Porter

P.O. Box 7093
Madison, Wisconsin 53707
(608) 698-9319
Fax: (608) 819-6466
(608) 698-9319 (cell)
asp5949@gmail.com