**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

LEE DRONE,

Plaintiff,

Case No.: 3:26-cv-00511-jdp

v.

PETER D. BEAR, ET AL.,

Defendant.

---

**PROPOSED ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

---

The Court, having considered the Motion for Leave to Withdraw as Counsel filed by Scott B. Mueller on behalf of Defendant Dane County Title Company, LLC, and being otherwise fully advised in the premises, finds that the Motion should be GRANTED.

IT IS HEREBY ORDERED that:

1. The Motion for Leave to Withdraw as Counsel is GRANTED.
2. Scott B. Mueller is permitted to withdraw as counsel of record for Defendant Dane County Title Company, LLC in this matter.
3. Attorney Larry Mason of Goldberg Segalla LLP shall remain counsel of record for Defendant Dane County Title Company, LLC, and all future notices, pleadings, orders, and correspondence shall continue to be served upon counsel of record in accordance with the Court's rules and procedures.

SO ORDERED.

Dated: ______________________

Respectfully submitted,

**GOLDBERG SEGALLA, LLP**

By: *<u>/s/ Scott B. Mueller</u>*
Scott B. Mueller, #58546
8000 Maryland Ave., Ste. 640
St. Louis, MO 63105
Phone: (314) 446-3350
Fax: (314) 446-3360
Email: smueller@goldbergsegalla.com
***Attorney for Defendant Dane County Title Company LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, I filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record.

I further certify that I served a copy of the foregoing document via email on the following party/parties who are not registered CM/ECF participants:

Lee Drone

lee.drone@gmail.com

Respectfully submitted,

**GOLDBERG SEGALLA, LLP**

By: */s/ Scott B. Mueller*
Scott B. Mueller, #58546
8000 Maryland Ave., Ste. 640
St. Louis, MO 63105
Phone: (314) 446-3350
Fax: (314) 446-3360
Email: smueller@goldbergsegalla.com
***Attorney for Defendant Dane County Title Company LLC***